1  Brett A. Baer, SBN 212992
   Doan Law Firm, LLP
2  2850 Pio Pico Drive, Suite D
   Carlsbad, CA 92008
3  Phone (760) 450-3333 • Fax (760) 720-6082
   baerb@doanlaw.com
4

5
   Attorneys for PLAINTIFFS
6

7
                    **UNITED STATES DISTRICT COURT**
8                   **SOUTHERN DISTRICT OF CALIFORNIA**

9

10  THOMAS FARNER, SHANNON FARNER,   )   **Case No: 08cv2193-BTM(AJB)**

11                                   )
         Plaintiffs,                 )   **PLAINTIFFS' APPLICATION**
12  ------------------------------------)---**FOR SUBSTITUTION OF**
    vs.                              )   **ATTORNEY**
13                                   )
                                     )
14  COUNTRYWIDE HOME LOANS,          )
    RECONTRUST COMPANY,              )
15  and DOES 1 through 10, inclusive,)
                                     )
16                                   )
         Defendants.                 )
17  _____)

18

19      I, BRETT A. BAER, Attorney for Doan Law Firm, Attorney of Record in

20  the above-entitled case, hereby apply to substitute Plaintiffs, THOMAS

21  FARNER and SHANNON FARNER ("Plaintiffs"), In Pro Per, 2246 ½ Buena

22  Creek Road, Vista, California, 92084-7318, in place and stead of myself.

23      I Brett A. Baer, hereby consent to the above referenced substitution.

24  / / /

25

26  / / /

27

28  / / /

1

2        Pursuant to California Rules of Professional Conduct Rule 3-700(C)(5),

3  Plaintiffs freely assent to this substitution.  Plaintiffs further assented to this

4  substitution by executing a California Judicial Council form Substitution of

5  Attorney, filed in the San Diego County Superior Court, North County

6  Division.  A true and correct copy of the signed Substitution of Attorney is

7  attached hereto as Exhibit "1."

8

9

10  DATED:  December 2⁄4, 2008          s/ Brett A. Baer
                                        BRETT A. BAER, Doan Law Firm
11                                       baerb@doanlaw.com

12

13

14  I Thomas Farner, hereby consent to the above referenced substitution.

15

16  DATED: 12-29-08
                                        THOMAS FARNER

17

18  I, Shannon Farner, hereby consent to the above referenced substitution.

19

20  DATED: 12-29-08
                                        SHANNON FARNER

21

22

23

24

25

26

27

28

2                                    **APPLICATION FOR SUBSTITUTION OF ATTORNEY**

MC–050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| BRETT A. BAER, SBN 212992<br>DOAN LAW FIRM, LLP<br>2850 PIO PICO DRIVE, SUITE D<br>CARLSBAD, CA 92008<br>TELEPHONE NO.: (760) 450-3333   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: BAERB@DOANLAW.COM<br>ATTORNEY FOR *(Name)*: PLAINTIFFS, THOMAS AND SHANNON FARNER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 325 S. MELROSE
MAILING ADDRESS:
CITY AND ZIP CODE:  VISTA, CA  92081
BRANCH NAME:  NORTH COUNTY DIVISION

CASE NAME:

FARNER V. COUNTRYWIDE HOME LOANS, ET AL.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>37-2008-00059459-CU-CO-NC |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name)*: Thomas and Shannon Farner  makes the following substitution:

1. **Former legal representative**    ☐ Party represented self    ☑ Attorney *(name)*: DOAN LAW FIRM, LLP
2. **New legal representative**    ☑ Party is representing self*  ☐ Attorney
   a. Name: Thomas and Shannon Farner        b. State Bar No. *(if applicable)*:
   c. Address *(number, street, city, ZIP, and law firm name, if applicable)*:
      2246 1/2 Buena Creek Road, Vista, CA  92084

   d. Telephone No. *(include area code)*: (760) 803-2534
3. The party making this substitution is a    ☑ plaintiff  ☐ defendant  ☐ petitioner  ☐ respondent  ☐ other *(specify)*:

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee

- Personal Representative
- Probate fiduciary
- Corporation

- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: 1/7/09
SHANNON FARNER
       (TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY)

5. ☑  I consent to this substitution.
   Date: 1/7/09
BRETT A. BAER
       (TYPE OR PRINT NAME)                    (SIGNATURE OF FORMER ATTORNEY)

6. ☐  I consent to this substitution.
   Date:
       (TYPE OR PRINT NAME)                    (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)               Page 1 of 2

MC–050

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| BRETT A. BAER, SBN 212992<br>DOAN LAW FIRM, LLP<br>2850 PIO PICO DRIVE, SUITE D<br>CARLSBAD, CA 92008<br>TELEPHONE NO.: (760) 450-3333   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* BAERB@DOANLAW.COM<br>ATTORNEY FOR *(Name):* PLAINTIFFS, THOMAS AND SHANNON FARNER | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 325 S. MELROSE
MAILING ADDRESS:
CITY AND ZIP CODE: VISTA, CA 92081
BRANCH NAME: NORTH COUNTY DIVISION

CASE NAME:
FARNER V. COUNTRYWIDE HOME LOANS, ET AL.

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>37-2008-00059459-CU-CO-NC |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT *(name):* Thomas and Shannon Farner  makes the following substitution:

1. **Former legal representative** ☐ Party represented self ☑ Attorney *(name):* DOAN LAW FIRM, LLP
2. **New legal representative** ☑ Party is representing self* ☐ Attorney
   a. Name: Thomas and Shannon Farner         b. State Bar No. *(if applicable):*
   c. Address *(number, street, city, ZIP, and law firm name, if applicable):*
      2246 1/2 Buena Creek Road, Vista, CA 92084

   d. Telephone No. *(include area code):* (760) 803-2534
3. The party making this substitution is a  ☑ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other *(specify):*

---

**\*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

**NOTICE TO PARTIES WITHOUT ATTORNEYS**
A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

4. I consent to this substitution.
   Date: 1/7/09
   THOMAS FARNER
   (TYPE OR PRINT NAME)                           (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: 1/7/09
   BRETT A. BAER
   (TYPE OR PRINT NAME)                           (SIGNATURE OF FORMER ATTORNEY)

6. ☐ I consent to this substitution.
   Date:
   (TYPE OR PRINT NAME)                           (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                    Page 1 of 2

Form Adopted For Mandatory Use<br>Judicial Council of California<br>MC-050 [Rev. January 1, 2009]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

American LegalNet, Inc.
www.FormsWorkflow.com

Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov