# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARNER; SHANNON FARNER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08cv2193 BTM(AJB)<br><br>**ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME** |

In an order filed on May 22, 2009, the Court dismissed Plaintiffs' Complaint but granted Plaintiffs leave to file a First Amended Complaint by June 15, 2009. Plaintiffs requested a one-month extension of time to file the First Amended Complaint, which the Court granted. Plaintiffs now request an additional extension of time. The Court **GRANTS** Plaintiffs' request. The deadline for filing the First Amended Complaint is extended to and including **August 20, 2009**. **No further extensions will be granted**. Failure to file an amended complaint by August 20, 2009, will result in the closing of this case.

**IT IS SO ORDERED.**

DATED: July 27, 2009

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge