# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FARNER; SHANNON FARNER,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS; RECONTRUST COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 08cv2193 BTM(AJB)<br><br>**ORDER RE: ENTRY OF JUDGMENT** |

In an order filed on May 22, 2009, the Court dismissed Plaintiffs' Complaint but granted Plaintiffs leave to file a First Amended Complaint by June 15, 2009. Plaintiffs requested a one-month extension of time to file the First Amended Complaint, which the Court granted. Subsequently, Plaintiffs requested an additional extension of time, which the Court granted. The deadline for filing the First Amended Complaint was extended to and including **August 20, 2009**. The Court made it clear that no further extensions would be granted. To date, Plaintiffs have not filed a First Amended Complaint. Therefore, the Clerk shall enter judgment dismissing this case without prejudice.

**IT IS SO ORDERED.**

DATED: August 27, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge